UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| **KENNETH KIM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action Number 3:17-cv-36-TCB** |
| | ) | |
| **ADIENT US LLC,** | ) | **Jury Trial Demanded** |
| | ) | |
| Defendant. | ) | |

_____

**JOINT MOTION FOR ORDER APPROVING CASE RESOLUTION**
_____

Plaintiff Kenneth Kim ("Plaintiff") and Defendant Adient US LLC ("Defendant") jointly move this Court for an Order approving the case resolution reached in this matter. In support of their motion, the Parties state that the resolution is a fair and reasonable compromise over issues that were actually in dispute, which was achieved in an adversarial context by attorneys who were well equipped to protect each party's rights.

In further support of this Motion, the Parties file a memorandum of law contemporaneously herewith.

1

Respectfully submitted this 24th day of October, 2017.

        MARTIN & MARTIN, LLP

By: /s/Thomas F. Martin
    Thomas F. Martin, GA Bar No. 482595
    tfmartinlaw@msn.com
    Kimberly N. Martin, GA Bar No. 473410
    kimberlymartinlaw@gmail.com
    Post Office Box 1070
    Tucker, Georgia 30085
    404. 313-5538 Phone
    770.837.2678 Fax
    *Counsel for Plaintiff*

And

HUSCH BLACKWELL LLP

By: /s/K. Chris Collins
    K. Chris Collins, GA Bar No. 637828
    chris.collins@huschblackwell.com
    Hillary L. Klein, (*PHV Pending*)
    hillary.klein@huschblackwell.com
    736 Georgia Avenue, Suite 300
    Chattanooga, TN 37402
    423.757.5950
    423.266.5499 (fax)
    *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

By signing below, I hereby certify that on this 24th day of October, 2017, I filed the foregoing document via the Court's CM/ECF system, which will cause service to be made upon all counsel of record.

/s/K. Chris Collins
*Attorney for Defendant*