UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KENNETH KIM, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number 3:17-cv-36-TCB |
| | ) |
| ADIENT US LLC, | ) Jury Trial Demanded |
| | ) |
|    Defendant. | ) |

**ORDER APPROVING CASE RESOLUTION
AND DISMISSING CASE**

This matter is before the Court upon the parties' Joint Motion to Approve Case Resolution. The Court, having reviewed the Motion, Memorandum, and Settlement Agreement, and being fully advised in the premises, **FINDS** as follows:

1. The agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are a fair and reasonable compromise over issues that were actually in dispute.

2. The settlement of this litigation was achieved in an adversarial context, through good faith negotiations.

3. The parties have been represented by competent and experienced counsel throughout all negotiations and the Settlement Agreement is made with the consent and advice of counsel who jointly prepared the Agreement.

4. The Settlement Agreement is fair and should be approved under the applicable legal standards. It arises from extensive arm's length negotiations between counsel for the parties after sufficient formal and informal discovery and investigation necessary to evaluate all claims.

It is therefore **ORDERED** that the parties' Joint Motion to Approve Settlement Agreement is **GRANTED** in all respects. This case is hereby **DISMISSED** with prejudice, with each party to bear its costs.

**SO ORDERED** this 25th day of October, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE